IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT BRIAN STEFFLER, )
)
        Plaintiff, )
) Civil No. 03-1491-CO
v. )
) ORDER
JEAN HILL, )
)
        Defendant. )
)

    Magistrate Judge John P. Cooney filed Findings and Recommendation on March 31, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1   - ORDER

Plaintiff has timely filed objections. I have, therefore, given <u>de</u> <u>novo</u> review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed March 31, 2005, in its entirety. Defendant's motion for summary judgment (#51) is allowed. Plaintiff's motion for summary judgment (#25) is denied. This action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 12th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE